IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00659-LTB

TIMOTHY MEEK,

    Plaintiff,

v.

SARGEANT MR. JORDAN,
CAPTIN [sic] MR. ROMERO,
SARGEANT MR. ROLANDO, and
CAPTIN [sic] MOORE, each Defendant is sued individually and in his official capacity.
    At all times mentioned in this complaint each Defendant acted under the color of state law,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 13, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 13 day of May, 2013.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/E. Van Alphen
                    Deputy Clerk